UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS SELLERS,<br><br>                           Plaintiff,<br><br>        -against-<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>                         Defendants. | 22-CV-5898 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 6, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 6, 2022
               New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                  Chief United States District Judge